1
2
3
4
5
6
7
8
9                        UNITED STATES DISTRICT COURT

10                      CENTRAL DISTRICT OF CALIFORNIA

11
12   YUVON POTTER,                    )      Case No. CV 11-5712 R(JC)
                                      )
13                   Petitioner,      )      JUDGMENT
                                      )
14             v.                     )
                                      )
15   W.J. SULLIVAN, Warden,           )
                                      )
16                                    )
                                      )
17                   Respondent.      )
     _____
18
19        Pursuant to this Court's Order Accepting Findings, Conclusions and

20   Recommendations of United States Magistrate Judge,

21        IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and

22   this action is dismissed with prejudice.

23
24        DATED:  _July 19, 2012_

25
26                               _____

27                               HONORABLE MANUEL L. REAL
                                 UNITED STATES DISTRICT JUDGE
28